# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) Bankruptcy Court Case No. 09-19969-EEB |
| **Jeffrey Allen Snell** | ) Chapter 13 |
| SSN: xxx-xx-2432, | ) |
| **Kelly Elizabeth Snell** | ) |
| SSN: xxx-xx-9012, | ) |
| | ) |
| Debtors. | ) |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR'S ATTORNEY

Please enter the change of address for the Debtor's Attorney set forth below in the records of the above-captioned case:

Parnell, Charles S.
Last Name, First Name, Middle Name

4891 Independence Street, Suite 240
New Address, Rural Route, or Post Office Box

Wheat Ridge, CO 80033
New City, State and Zip Code


Date:  February 12, 2014           By:  */s/ Charles S. Parnell*
                                                Charles S. Parnell, No. 18943
                                                4891 Independence Street, Suite 240
                                                Wheat Ridge, Colorado  80033
                                                Telephone:    303-234-0574
                                                Facsimile:      303-234-1415
                                                E-mail:           charles@cparnell.com